**Henry M. ROLLIE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38742.**

Missouri Court of Appeals,
Western District.

Sept. 22, 1987.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Oct. 27, 1987.

Application to Transfer Denied
Dec. 15, 1987.

John R. Cullom, Kansas City, Mo., for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and NUGENT and GAITAN, JJ.

### ORDER

PER CURIAM.

Movant appeals from the denial, after an evidentiary hearing, of his second Rule 27.-26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

**Amos COLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39123.**

Missouri Court of Appeals,
Western District.

Sept. 22, 1987.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Oct. 27, 1987.

Application to Transfer Denied
Dec. 15, 1987.

Sean D. O'Brien, Public Defender, Jo Ann Arnold, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and BERREY and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial, without evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).